# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry Bland

Plaintiff

v.

MN Dept of Corrections,
Warden of Oak Park,
Officer Struck, etal

Defendants

Case No. Civil 01-66 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's amended applicaiton to proceed without prepayment of fees is denied. This action is dismissed.

DATE: April 18, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk